HARRY T. EDWARDS, Circuit Judge,
concurring:
I concur in the judgment denying the petitions for review. I find it unnecessary, however, to reach the constitutional due process challenge to the Secretary’s use of classified evidence to designate petitioner.
The public, unclassified administrative record, including petitioner’s own submissions to the Secretary, contains more than enough evidence to support the determination that petitioner engages in terrorist activity. The Government followed the procedures that we required in National Council of Resistance of Iran v. Department of State, 251 F.3d 192 (D.C.Cir.2001). Petitioner offered a wealth of submissions to the Secretary, which the public record now includes. Not only is there enough evidence in the public record to support the Secretary’s determination that petitioner engaged in the acts alleged, there appears to be no dispute over the facts supporting that determination. And, for the reasons stated in the majority opinion, I agree that petitioner’s activities clearly fall within the statutory definition of “terrorist activity” under 8 U.S.C. § 1182(a)(3)(B)(iii) (2000 & Supp.2003). Therefore, I find it unnecessary to reach petitioner’s constitutional due process challenge to the Secretary’s use of secret, classified material to bolster its determination.
In sum, because there is substantial, unrefuted evidence in the public, unclassified record for the designation of petitioner as a foreign terrorist organization, I agree that the petition for review should be denied.